UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL HERRNSON,
                  Plaintiff,

-v-

STEVEN HOFFMAN, *et al.*,
                  Defendants.

19-CV-7110 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff's request to appoint pro bono counsel at Docket Number 48 is denied without prejudice to renewal at a later stage of the litigation. Plaintiff is advised that a *pro se* legal clinic exists in this District to assist people who are parties in civil cases and do not have lawyers. The *pro se* legal clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court. The clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person or by calling (212) 6259-6190.

    Defendants' letter motions to compel at Dockets Number 54 and 55 are granted. Plaintiff shall sit for a deposition on or before February 3, 2022, and the fact discovery deadline is extended to that date for that purpose. Defendants may file a dispositive motion after that date.

    The Clerk of Court is directed to close the motions at Dockets Number 48, 54, and 55.

1

SO ORDERED.

Dated: January 26, 2022
      New York, New York

                                                             J. PAUL OETKEN
                                              United States District Judge