UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL HERRNSON,

                   Plaintiff,

        -v-

STEVEN HOFFMAN, *et al.*,

                  Defendants.

19-CV-7110 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    In Docket Number 57, Plaintiff requests that the Court convert this action to a criminal case. This Court does not initiate criminal proceedings and does not have the power to convert this case into a criminal case.

    SO ORDERED.

Dated: January 31, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge