**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SAMUEL HERRNSON,

                    Plaintiff,

        -against-                                                        19 **CIVIL** 7110 (JPO)

                                                                        **JUDGMENT**

STEVEN HOFFMAN, et al.,

                    Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 27, 2023, Defendants' motion for summary

judgment is GRANTED with respect to Herrnson's ADEA and NYSHRL claims, and those

claims are dismissed with prejudice. Herrnson's NYCHRL claim and Defendants' state law

counterclaims are DISMISSED without prejudice to re-filing in state court; accordingly, the case

is closed.

**Dated:**  New York, New York

        March 27, 2023

                                                                        **RUBY J. KRAJICK**

                                                        _____
                                                                        **Clerk of Court**

                                        **BY:**            *K. mango*

                                                        _____
                                                                        **Deputy Clerk**